**SO ORDERED**

NO TIMELY OPPOSITION FILED.



Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## AT BALTIMORE

In Re:   Mary Dell'Aquila aka Mary Salah         Case No. 20-10013-NVA
                                                 Chapter 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NEW RESIDENTIAL MORTGAGE, LLC,
Movant (Flagstar Bank, FSB), Servicer

vs.

Mary Dell'Aquila aka Mary Salah, Debtor
aka Mary E. Dell'Aquila
Robert S. Thomas, II, Trustee
Respondents

### ORDER TERMINATING AUTOMATIC STAY
### Real Property at 810 Rappolla St, Baltimore, Maryland 21224

Upon consideration of the Motion for Relief from Stay filed by the Movant, NEW RESIDENTIAL MORTGAGE, LLC, Movant (Flagstar Bank, FSB), Servicer for good cause shown, and no opposition having been filed thereto, it is:

18-604353

ORDERED, that the stay of 11 U.S.C. Section 362(a) be and hereby is terminated so as to permit the Noteholder, or its assigns, to enforce its rights under the provisions of the Deed of Trust, and/or to resume or commence foreclosure proceedings under the provisions of the Deed of Trust dated July 23, 2015, and recorded among the land records of Baltimore City, Maryland, at Liber 17399 and folio 412 and secured by the real property of the Debtor at 810 Rappolla St, Baltimore, Maryland 21224; provided, however, that any surplus proceeds from the foreclosure sale, after the satisfaction of Movant's debt and payment of sale costs, shall be paid to the trustee for distribution through the bankruptcy estate, and, it is further;

ORDERED, that this relief shall apply to proceedings for possession of the real property after the foreclosure.

ORDERED, that the additional stay provided by Bankruptcy Rule 4001(a)(3) is waived.

**PARTIES TO RECEIVE COPIES:**

Mary Dell'Aquila aka Mary Salah
2831 Keats Court
Abingdon, Maryland  21009

Copies were sent electronically via the CM/ECF system to Edward C. Christman, Jr., Attorney for Debtor and Robert S. Thomas, II, Trustee.

**End of Order**

18-604353